FILED
MAY -9 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:07CR89-MHT |
| v. | ) | |
| | ) | [ 18 USC § 922(g)(5); |
| | ) | 18 USC § 922(j)] |
| SAUL ~~CORTEZ-HERNANDEZ~~ | ) | |
| *HERNANDEZ-CORTEZ | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 26, 2006, in Chilton County, Alabama, within the Middle District of Alabama,

SAUL ~~CORTEZ-HERNANDEZ~~,
*HERNANDEZ-CORTEZ

the defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in and affecting commerce, that is a Bryco, Model Jennings Nine, 9mm handgun, a better description of which is unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 2

On or about December 26, 2006, in Chilton County, Alabama, within the Middle District of Alabama,

SAUL ~~CORTEZ-HERNANDEZ~~,
*HERNANDEZ-CORTEZ

the defendant herein, knowingly and unlawfully received, possessed, stored and concealed a stolen firearm, to wit: a Bryco, Model Jennings Nine, 9mm handgun, a better description of which is unknown to the Grand Jury, which had been shipped and transported in, interstate or foreign

*NAME AMENDED/CORRECTED PER 6/4/07 Order, dn 13

commerce, either before or after it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
JERUSHA T. ADAMS
Assistant United States Attorney