IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr89-MHT |
| | ) | |
| SAUL CORTEZ-HERNANDEZ | ) | |

AMENDED ORDER ON MOTION

Upon consideration of the Government's Motion for Writ of Habeas Corpus ad Prosequendum (Doc. #4) filed May 16, 2007, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED. It is further

ORDERED that the Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Chilton County Jail, Clanton, Alabama, commanding them to deliver Saul Cortez-Hernandez, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on May 23, 2007, at **10:30 a.m.**, and to return the prisoner to said official when the Court shall have finished with him.

DONE this 17th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE