IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 2:07cr89-MHT |
| ) | |
| **SAUL CORTEZ-HERNANDEZ** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **SAUL CORTEZ-HERNANDEZ,** in the above-styled case.

Dated this 25th day of May, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189