IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr89-MHT |
| | ) | |
| SAUL CORTEZ-HERNANDEZ | ) | |

**UNOPPOSED MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On May 9, 2007, the Grand Jury for the Middle District of Alabama returned an indictment against Defendant Saul Cortez-Hernandez.

2. It was brought to the attention of the United States that the defendant's name was incorrectly listed and should be Hernandez-Cortez. The United States respectfully moves to amend the style of the case and pleadings to reflect the defendant's last name which is Hernandez-Cortez.

Respectfully submitted this 31st day of May, 2007.

                           LEURA G. CANARY
                           UNITED STATES ATTORNEY

                           /s/Jerusha T. Adams
                           JERUSHA T. ADAMS
                           Assistant United States Attorney
                           One Court Square, Suite 201
                           Montgomery, AL 36104
                           Phone: (334) 223-7280
                           Fax: (334) 223-7135
                           E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr89-MHT |
| | ) |
| SAUL CORTEZ-HERNANDEZ | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer A. Hart.

Respectfully submitted,

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov