IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
      v.                    )    CRIMINAL ACTION NO.
                            )      2:07cr89-MHT
SAUL HERNANDEZ-CORTEZ       )

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to amend (Doc. No. 12) is granted.

(2) The style of the case, the docket sheet, and all

   pleadings, including the indictment, are amended

   to reflect that the defendant's last name is

   Hernandez-Cortez.

DONE, this the 4th day of June, 2006.


        /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE