IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr89-MHT |
| **SAUL HERNANDEZ-CORTEZ** | ) | |

### ORDER

In view of the fact that the trial of this case is set for July 9, 2007, it is ORDERED that a status conference is set for June 14, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

Defendant Saul Hernandez-Cortez is DIRECTED to be present.

DONE, this the 11th day of June, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**