IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr89-MHT |
| | ) | |
| **SAUL HERNANDEZ-CORTEZ** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia V. Kemp, and enters her appearance as counsel for **SAUL HERNANDEZ-CORTEZ** in the above-styled matter.

Dated this 14th day of June 2007.

Respectfully submitted,

s/Patricia Kemp
PATRICIA KEMP
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerusha Adams
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

        Respectfully submitted,

        **s/Patricia Kemp**
        **PATRICIA KEMP**
        ASB-4592-R80K
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:   (334) 834-2099
        FAX:   (334) 834-0353
        E-Mail: patricia_kemp@fd.org