IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr89-MHT |
| ) | |
| SAUL HERNANDEZ-CORTEZ ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Mr. Hernandez-Cortez. In support of this Motion, counsel states the following:

1. On May 23, 2007, the Federal Defender Office was appointed to represent Mr. Hernandez-Cortez with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel.

2. On September 13, 2007, undersigned counsel discovered that a conflict exists between Mr. Hernandez-Cortez and a client of the Federal Defenders Office, which requires counsel to withdraw from further representation of Mr. Hernandez-Cortez. Undersigned counsel will provide additional information under seal if the Court so requests.

3. It is in the interest of justice to allow undersigned counsel to withdraw and substitute a CJA panel attorney.

**WHEREFORE**, for the reasons set forth above, undersigned counsel respectfully requests the court relieve Jennifer Hart as counsel for the Defendant and court appoint a CJA Panel Attorney as counsel for Mr. Hernandez-Cortez.

Dated this 17th day of September, 2007.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, AUSA.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189