IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                          ) | CRIMINAL ACTION NO. |
| ) | 2:07cr89-MHT |
| SAUL HERNANDEZ-CORTEZ       ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to continue sentencing hearing (Doc. No. 27) is granted.

(2) Sentencing for defendant Saul Hernandez-Cortez, now set for September 21, 2007, is reset for November 13, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 21st day of September, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE