IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:07cr89-MHT |
| **SAUL HERNANDEZ-CORTEZ**    ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 28) is granted.

It is further ORDERED that the motion for appointment of CJA Panel Attorney (Doc. No. 28) is granted. The clerk of the court is to arrange for the appointment of a CJA Panel Attorney.

DONE, this the 21st day of September, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**