# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| SAUL HERNANDEZ-CORTEZ, DEFENDANT. | 2:07-CR-89-MHT |

## EMERGENCY MOTION FOR FUNDS FOR INTERPRETER

**COMES NOW,** the Defendant, by and through counsel, and moves this Honorable Court to authorize the use of Beverly Childress as interpreter to assist the defense attorney in his representation of the Defendant. In support of this motion, the Defendant states as follows:

1. Defendant is a Mexican national and does not speak the English language.

2. Defendant's court-appointed attorney, the undersigned, does not speak Spanish.

3. The undersigned was appointed to represent the Defendant at the Sentencing phase only. Counsel from the Federal Defender's office represented the Defendant prior to the undersigned being appointed and a request for funds for an interpreter was not filed nor was it necessary for previous counsel since that office utilizes a continuing contract with an interpreter.

4. The undersigned needs to meet with the Defendant prior to the November 13, 2007 sentencing to review the Presentence Report.

5. Beverly Childress is a federally certified interpreter for all in court matters. Counsel has spoken with Ms. Childress and she would be available to meet with Counsel and the Defendant prior to the November 13, 2007 sentencing date.

6. Counsel has in the past utilized Ms. Childress when she would be in the Montgomery, Alabama area and under those circumstances a separate agreement with her was not necessary. In this case Ms. Childress will be required to travel to and from Montgomery, Alabama to fulfill Counsel's needs; hence a separate contract will be necessary.

**WHEREFORE**, the above premises considered, the Defendant and his counsel move this Honorable Court for an order allowing funds for Beverly Childress as interpreter.

**RESPECTFULLY SUBMITTED** this the 6th day of November, 2007.

/s/ Daniel G. Hamm

---

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**DANIEL G. HAMM, P.C.**
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Emergency Motion for Funds for Interpreter by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 6th day of November, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**DANIEL G. HAMM, P.C.**
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Jerusha T. Adams
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197