IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr89-MHT |
| | ) | |
| SAUL CORTEZ-HERNANDEZ | ) | |

## ORDER

On 6 November 2007, Defendant filed an Emergency Motion For Funds For Interpreter (Doc. #33). On the same date, the Honorable Myron H. Thompson, United States District Judge, referred this matter to the undersigned for disposition. Upon a finding pursuant to 18 U.S.C. § 3006A(e)(1): that the services are necessary; that the Defendant is financially unable to obtain them; and counsel's representations that the cost will not exceed $500.00, it is

ORDERED that the motion (Doc. #33) is GRANTED.

DONE this 7th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE