IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr89-MHT |
| SAUL HERNANDEZ-CORTEZ | ) | |

### ORDER

It is ORDERED that defendant Saul Hernandez-Cortez's motion to redact (Doc. No. 35) is set for hearing on November 13, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

The government and probation are DIRECTED to file written responses to the motion by 9:00 a.m. on November 13, 2007.

DONE, this the 9th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE