# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> V. <br><br> **SAUL HERNANDEZ-CORTEZ, DEFENDANT** | **CASE NUMBERS** <br> **2:07-CR-00089-MHT** |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was previously appointed to represent the Defendant on or around September 26, 2007.

2. The Defendant was sentenced on November 13, 2007 and the case is now closed.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 20th day of November, 2007.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX     334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 20th day of November, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Jerusha T. Adams
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197