IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 2:07cr89-MHT |
| SAUL HERNANDEZ-CORTEZ  ) | |

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 41) is granted.

DONE, this the 27th day of November, 2007.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE